UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LYNN MAGLIACANO,

                Plaintiff,

-against-

RAJESH VAKANI,

                Defendant.
-----------------------------------------------------------X

Docket No.: 09-CV-7657 (CS)

**ORDER**

### ORDER DIRECTING ALTERNATE METHOD OF SERVING SUMMONS AND COMPLAINT PURSUANT TO RULE 4(e) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**UPON** reading the Declaration of Gerald P. Gross, dated the 23rd day of February 2010, and the Affidavit of Lynn Magliacano, sworn to on the 1st day of March 2010, in support of the plaintiff's motion seeking a court order permitting an alternate method of service of the summons and complaint pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and New York C.P.L.R. § 308 (5), it is hereby

**ORDERED**, that the summons and complaint in the above entitled action be served upon Rajesh Vakani, the defendant herein, by (i) serving process on David Zagon, Esq., defendant Rajesh Vakani's attorney in a related criminal case in Warwick Village Court, at 995 Main Street, Fishkill, New York 12524. (ii) serving process on Rajesh Vakani's wife, Viral Vakani, at her residence at 115 North Franklin Turnpike, Apt. 22, Ramsey, New Jersey 07446, or, at her place of employment at the Hindu Samaj Temple, located at 247 West Ramapo Avenue, Mahwah, New Jersey 07430, (iii) mailing a copy of the summons and complaint to 1001 U.S. Highway 9, Howell, New Jersey 07731, Rajesh Vakani's business address on file with the New

Jersey Department of Health, and (iv) mailing a copy of the summons and complaint to 11 Oxford Drive, Apt. 7, Latham, New York 12110 and to 115 North Franklin Tpk., Apt. 22, Ramsey, NJ 07446

Dated: March 16, 2010
White Plains, New York

_Cathy Seibel_
HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE